Eduardo Jr. Pagdilao DAHILIG, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–71547.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 22, 2009.

Eduardo Jr. Pagdilao Dahilig, El Centro, CA, pro se.

OIL, Michael Christopher Heyse, DOJ–U.S. Department of Justice, Washington, DC, CAS–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Eduardo Jr. Pagdilao Dahilig, a native and citizen of the Philippines, petitions pro

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. Reviewing de novo, *Sandoval–Lua v. Gonzales*, 499 F.3d 1121, 1126–27 (9th Cir.2007), we deny in part and dismiss in part the petition for review.

The BIA did not err in finding Dahilig removable as an aggravated felon under 8 U.S.C. § 1227(a)(2)(A)(iii) because his conviction under California Penal Code § 211 for robbery categorically constitutes a crime of violence under 8 U.S.C. § 1101(a)(43)(F) and Dahilig was sentenced to a term of imprisonment of at least one year for his crime. *See U.S. v. McDougherty*, 920 F.2d 569, 573 (9th Cir. 1990) ("[R]obbery under California law is ... by definition a crime of violence.").

We do not have authority to order that Dahilig be released from detention. *See* 8 U.S.C. § 1226(e).

Dahilig's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.